**Levone JONES, Plaintiff–Appellant,**

v.

**Solomon HEJIRIKA, Sr.,
Defendant–Appellee.**

No. 12–8034.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 28, 2013.

Decided: April 2, 2013.

Levone Jones, Appellant Pro Se.

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

---

of appeal from the district court's final order.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Levone Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Hejirika*, No. 8:12–cv–02058–AW, 2012 WL 5207616 (D.Md. Oct. 19, 2012). We deny Jones' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*